IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES, </br>     Appellant, </br></br> v. </br></br> DAVID WORSTER; ALEXZANDRIA CARL, </br>     Defendants-Appellees. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | No. 25-1229 |
| UNITED STATES, </br>     Appellant, </br></br> v. </br></br> ALEXZANDRIA CARL, </br>     Defendants-Appellee. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | No. 25-1398 |

## **JOINT STATUS REPORT**

On November 10, 2025, this Court entered an order granting the government's motion to hold these consolidated appeals in abeyance pending the Supreme Court's decision in *United States v. Hemani*, No. 24-1234. The Court ordered the parties to file status reports every sixty days and to promptly inform the Court when *Hemani* is decided. This is the first status report being submitted pursuant to the Court's order.

The parties hereby report that Petitioner's brief in *Hemani* was filed on December 12, 2025; Respondent's brief is due January 20, 2026; and the case has been scheduled for argument on March 2, 2026.

Respectfully submitted,

**Counsel for Appellant United States**:

CHARLES C. CALENDA
United States Attorney

/s/ *Lauren S. Zurier*
LAUREN S. ZURIER
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5030
Lauren.Zurier@usdoj.gov

**Counsel for Defendant-Appellee Worster**:

/s/ *George J. West*
George J. West, Esq.
1 Turks Head Place, Suite 312
Providence, RI 02903
(401) 861-9042
gjwest@georgejwestlaw.com

**Counsel for Defendant-Appellee Carl**:

/s/ *Marie Theriault*
Marie Theriault, Esq.
238 Robinson St., Suite 4
Wakefield, RI 02879
(401) 447-4148
mariethelawyer@gmail.com

## **Certificate of Service**

     I, Lauren S. Zurier, Assistant U.S. Attorney, hereby certify that, on January 9, 2026, I caused the foregoing document to be filed electronically and that it is available for viewing and downloading from the ECF system, which will serve it on all registered participants of the CM/ECF system, including the following defense counsel and counsel for amicus ACLU:

George J. West, Esq.
1 Turks Head Place, Suite 312
Providence, RI 02903
gjwest@georgejwestlaw.com

Marie Theriault, Esq.
238 Robinson St., Suite 4
Wakefield, RI 02879
mariethelawyer@gmail.com

Thomas W. Lyons III
Strauss Factor Laing & Lyons
1 State St., Suite 600
Providence, RI 02908
tlyons@straussfactor.com

          /s/ Lauren S. Zurier
          LAUREN S. ZURIER
          Assistant U.S. Attorney